**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CLINT STEELMAN, *et al.*, | : | |
| *Plaintiffs*, | : | Case No. 1:26-cv-23 |
| vs. | : | Judge Jeffery P. Hopkins |
| JUVENILE SERVICES PROGRAM, *et al.*, | : | |
| *Defendants*. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Supplemental Report and Recommendation issued by Chief Magistrate Judge Stephanie K. Bowman on May 18, 2026. Doc. 10. The Magistrate Judge recommends that (1) Plaintiff's federal civil-rights claim under 42 U.S.C. § 1983 for violation of his Fourteenth Amendment familial-association and due-process rights be permitted to proceed at this stage solely against certain defendants; (2) all other federal claims and all claims for injunctive or declaratory relief that would effectively alter, overturn, or interfere with state-court child-custody or dependency orders be dismissed pursuant to 28 U.S.C. § 1915(e)(2); and (3) the Court decline to exercise supplemental jurisdiction over Plaintiff's state-law claims, and that such claims, including medical-malpractice, negligence, products-liability, professional-malpractice, assault, defamation, intentional infliction of emotional distress, and Ohio statutory claims be dismissed without prejudice. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.[1]

[1] Magistrate Judge Bowman granted Plaintiffs an extension of time to file objections to the Supplemental Report and Recommendation in a Notation Order entered on June 8, 2026. Plaintiffs, however, did not file any objections despite being granted that extension.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Plaintiff's federal civil-rights claim under 42 U.S.C. § 1983 for violation of his Fourteenth Amendment familial-association and due-process rights may proceed at this stage solely against the following defendants: Hamilton County Job and Family Services, Alisha Jordan, Madison East, Crystal Shotwell, Deborah Miller, Mary Wilkie, and Paige Heneghan. All other federal claims and all claims for injunctive or declaratory relief that would effectively alter, overturn, or interfere with state-court child-custody or dependency orders are **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims, thus, such claims, including medical-malpractice, negligence, products-liability, professional-malpractice, assault, defamation, intentional infliction of emotional distress, and Ohio statutory claims are **DISMISSED WITHOUT PREJUDICE**.

Additionally, Plaintiff has filed a Motion for Summary Judgment (Doc. 35). In accordance with this Court's Standing Order Governing Civil Cases, motions for summary judgment shall not be filed before the close of discovery without leave of Court. *See* Standing Order Governing Civil Cases, Section II(F)(6)(a). Thus, the Motion for Summary Judgment is **DENIED**.

**IT IS SO ORDERED.**

September 17, 2026

Jeffery P. Hopkins
United States District Judge